IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

DAVID MORAN,

       Appellant,

v.

STATE BOARD OF
ADMINISTRATION,

       Appellee.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D15-5284

Opinion filed September 20, 2016.

An appeal from the State Board of Administration.
Joan B. Haseman, Judge.

Robert A. Rush, Gainesville, and Emily A. Snider, Gainesville, for Appellant.

Brandice D. Dickson of Pennington, P.A., Tallahassee, for Appellee.

PER CURIAM.

       AFFIRMED.

WOLF, B.L. THOMAS, and OSTERHAUS, JJ., CONCUR.